# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2342
Fax: 252-758-8570

**DATE:** December 21, 2017

**FROM:** Michael W. Dilda
U.S. Probation Officer

**SUBJECT:** JOHNSON, Thomas Ray
Case No.: 4:06-CR-52-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On January 16, 2007, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute More Than 5 Kilograms of Cocaine, Thomas Ray Johnson appeared in the United States District Court for the Eastern District of North Carolina, and was sentenced to 126 months imprisonment to be followed by 5 year supervised release.

The defendant was released from custody on October 7, 2015, and began supervision in the Eastern District of North Carolina.

Johnson has performed satisfactorily on supervision and his financial obligation has been paid in full. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since August 2016. His supervised release is set to expire on October 6, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and does not object to the request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  12-22-17
Terrence W. Boyle                Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                           Crim. No. 4:06-CR-52-1BO

THOMAS RAY JOHNSON

On October 7, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

/s/ Michael W. Dilda  
Michael W. Dilda  
U.S. Probation Officer  
201 South Evans Street, Rm 214  
Greenville, NC 27858-1137  
Phone: 252-830-2342  
Executed On: December 21, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2017.

Terrence W. Boyle  
U.S. District Judge